UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.                                                                                         CASE NO: 2:14-cr-132-FtM-38DNF

GABRIEL GABRIEL-NICOLAS

## ORDER

This matter comes before the Court on the Defendant's Motion to Advance Case on Sentencing Calendar (Doc. #40) filed on April 6, 2015. Counsel moves the Court to advance the sentencing date currently scheduled for June 1, 2015[1]. As grounds, Counsel indicates that the Defendant will be nearing the high end of the sentencing guidelines if not sentenced prior to the date currently set. The Court, having considered the arguments made by Counsel, finds sufficient cause to advance the sentencing date. Counsel is directed to notify Probation as soon as possible of any objections to the initial presentence report in order to accommodate the expedited completion of the final version of the report. Accordingly, it is now

**ORDERED:**

The Defendant's Motion to Advance Case on Sentencing Calendar (Doc. 40) is **GRANTED**. The Sentencing hearing will be rescheduled to **MAY 11, 2015 at 10:30 A.M.** The Clerk is directed to issue a notice rescheduling hearing accordingly.

**DONE AND ORDERED** at Fort Myers, Florida, this April 24, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record

---

[1] The Sentencing hearing was previously scheduled for May 18, 2015. The hearing was continued due to a scheduling conflict to June 1, 2015.